IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA CHAN,<br><br>      Plaintiff,<br><br>v.<br><br>COVENANT AVIATION,<br><br>      Defendant.<br>_____/ | No. C 13-00066 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 26, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 18, 2013.

DESIGNATION OF EXPERTS: 12/16/13; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 17, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by November 1, 2013;

    Opp. Due November 15, 2013; Reply Due November 22, 2013;

    and set for hearing no later than December 6, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 11, 2014 at 3:30 PM.

JURY TRIAL DATE: February 24, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The mediation session shall occur in the first ½ of July 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/23/13

                                  SUSAN ILLSTON
                                  United States District Judge