IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA CHAN, | No. C 13-0066 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COVENANT AVIATION SECURITY, | |
| Defendant. | |

Defendant's motion for summary judgment has been granted. Judgment against plaintiff and in favor of defendant is accordingly entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 13, 2013

SUSAN ILLSTON
United States District Judge